AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 2:18-mj-02808 (AMENDED) | Date and time warrant executed: 11/6/18 0600 | Copy of warrant and inventory left with: Petra Garcia |
|---|---|---|

Inventory made in the presence of : Alyssa Rodriguez

Inventory of the property taken and name of any person(s) seized:

See Inventory Sheets For USPIS

Case #2706024

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/18/19

*Executing officer's signature*

Carl Wright

*Printed name and title*

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: Alma Zuno, Nicholas Mijangos Date: 11/6/2018

Subject Address: 2612 E. Avenue R-14, Palmdale, CA 93550 Floor/Room No. Residence

Inspector(s): A. Rodriguez, C. Wright, K. Granger, C. Barry, A. Ferris, K. Holoman, E. Williams, G. Ramirez Case No. 2706024 MT

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____

Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Small makeup bag containing drug paraphernalia - Room C in china cabinet or C.B |
| 1 | Small makeup bag w/ cards, mail matter, + profiles - Room 1 in table drawer |
| 1 | black wallet w/ cards - Room 1 on table C.B |
| 1 | blue folder w/ mail matter - Room 1 in table drawer C.B |
| 1 C.B. | Clear file holder w/ mail matter, cards, checks - Room 1 on table shelf |
| turned over to (LASD) | ~~green Federal ammunition box w/ ammo - Room 1 behind TV stand~~ |
| 1 | broken ipod w/ case - Room 1 closet A.F. |
| 1 | misc. mail matter - Room 1 closet A.F. |
| 1 | meth pipe in sweatshirt behind door - Room 1 K.G. |
| 1 | misc. mail matter - Room 1 closet A.F |
| 1 | misc. mail matter - Room 1 closet A.F. |
| A.F. 1 | misc. mail matter, green binder w/ mail matter - Room 1 closet |
| 1 | packages, bb gun pellets, phone box w/ receipt - Room A K.G. |
| 1 | misc. mail matter found in trash bag Room A - K.G. |
| 1 | Federal ammunition box of shotgun ammo - Room A TV stand A.F. |
| 1 | mail matter, checks, notebook - Room A dresser G.R. |
| A.F. 1 | black folders containing mail matter, mail matter - Room A TV stand |
| 1 | black LG smartphone w/ charger - Room 1 bed C.B. |
| 1 | Sentry safe w/ label "Rex Burson" - Room 1 under table C.B. |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: Alma Zuno, Nicholas Date: 11/6/2018

Subject Address: 2612 E. Avenue R-14, Palmdale CA 93550 Floor/Room No. Residence

Inspector(s): A. Rodriguez, C. Wright, K. Granger, C. Barry, A. Ferris G. Ramirez K. Holloman, E. Barry Case No. 2706024 MT

Safe: ____ Cabinet: ____ Credenza: ____ Desk: ____ Drawer: ____

Shelf: ____ Table: ____ Wall: ____ Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | black bb gun - Room 1 C.B. |
| 1 | misc. mail + knife - Room 1 closet C.B. |
| 1 A.F. | Mail matter, Folders, black binder w/ mail matter - Room 1 closet |
| 1 | blue/black LG smartphone - Room I in purse CB |
| 2 | 2 magazines w/ ammo - Room G K.G. |
| 1 | misc. ammo - in dresser Room G K.G. |
| 1 | bb gun, pellets, bb mag. Room G K.G. |
| 1 | Toshiba laptop, S/n 59649051Q - G.R. Room B |
| 1 | white True Slim smartphone w/ charger - Room 1 bed A.F. |
| 1 | gold Motorola smartphone - Room B bed G.R. |
| 1 | Calendar - Room I on wall K.G. |
| 1 | Fedex envelope w/ profiles - backyard K.G. |

AR AR AR AR

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: ______/______

Subject Name: Alma Zuno, Nicholas Margargos Date: 11/6/2018

Subject Address: 2612 E. Avenue R-14, Palmdale CA 93550 Floor/Room No. Mitsubishi

Inspector(s): A. Rodriguez, C. Wright, K. Grangeck, C. Barry, A. Ferry, G. Ramirez, K. Coleman, C. Barry Case No. 2706024 MT

Safe: ______ Cabinet: ______ Credenza: ______ Desk: ______ Drawer: ______

Shelf: ______ Table: ______ Wall: ______ Other: ______

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | a Canon printer box w/ printer + Mail matter |

AR AR AR AR

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: ______/______

Subject Name: Alma Zuno, Nicholas Mijangos Date: 11/6/2018

Subject Address: 2612 E. Avenue R-14, Palmdale CA 93550 Floor/Room No. TRUCK uhaul

Inspector(s): A. Rodriguez, C. Wright, K. Granger, C. Barry, A. Ferris, K. Holman, G. Ramirez, E. Williams Case No. 2706024 MT

Safe: ______ Cabinet: ______ Credenza: ______ Desk: ______ Drawer: ______

Shelf: ______ Table: ______ Wall: ______ Other: ______

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| K.G. 1 | CARD in wallet, mail matter - in center console of u-haul |
| 1 | Misc. mail matter - locked center console u-haul K.G. |

AR AR AR AR

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 1 pages

PS Form 8164, October 1993